# United States District Court
# Central District of California

| | |
|---|---|
| CENTREPOINTE DISTRIBUTION CENTER II, LLC, <br><br> Plaintiff, <br><br> v. <br><br> AUTOPARTSMAN CORPORATION; KIMSA INTERNATIONAL CORPORATION; PARTS WORLD CORPORATION; KYUNG TAEK KIM; SOON TAEK KIM; DANNY KIM; JONATHAN KIM; CESAR JOSUE CAICEDO; DOES 1–40, inclusive, <br><br> Defendants. | Case No. 2:14-cv-02553-ODW(AJWx) <br><br> **ORDER TO SHOW CAUSE RE. LACK OF SUBJECT-MATTER JURISDICTION** |

On April 3, 2014, Plaintiff Centrepointe Distribution Center II, LLC filed suit against Defendants, ostensibly invoking diversity jurisdiction under 28 U.S.C. § 1332. (ECF No. 1.) After reviewing the Complaint, the Court notes that Centrepointe has inadequately alleged its own jurisdiction. The Court therefore needs further clarification from Centrepointe in order to proceed.

Centerpointe is a limited-liability company formed under Delaware law. (Compl. ¶ 3.) Plaintiffs goes on to allege that it has its principal place of business in Seattle, Washington. (*Id.*) But that is not the test for citizenship of a limited-liability company. Rather, a limited-liability company "is a citizen of every state of which its owners/members are citizens." *Johnson v. Columbia Props. Anchorage, LP*, 437 F.3d 894, 899 (9th Cir. 2006). Centrepointe has not identified its members—let alone pleaded their citizenship.

The Court therefore **ORDERS** Centrepointe to **SHOW CAUSE** in writing by **Monday, April 14, 2014**, why the Court should not dismiss its action for lack of subject-matter jurisdiction. No hearing will be held. The Court will discharge this Order upon receipt of a declaration establishing the citizenship of Centrepointe's members. Failure to timely respond will result in dismissal for lack of prosecution and jurisdiction.

**IT IS SO ORDERED.**

April 7, 2014

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**